# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA GLORIBEL VIDES GUARDADO, dba MARISCOS EL PATRON MEXICAN FOOD, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00329-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 9) |

    Plaintiff initiated this action on March 3, 2023. (ECF No. 1.) An initial scheduling conference is currently set for June 22, 2023. (ECF No. 2.)

    On March 31, 2023, the parties filed a stipulated request to extend the deadline for Defendants Edith Gonzalez Guardado, Erika Gonzalez, Octavio Gonzalez, and Amado Gonzalez, Jr. to respond to the complaint, up to and including May 1, 2023. (ECF No. 9.) This is the parties' first stipulated request for an extension. The Court finds the requested stipulated relief does not affect the scheduling conference date and shall grant this extension, but reminds the parties that a showing of good cause is required even for stipulated relief.

///
///
///
///
///
///
///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated request for an extension (ECF No. 9) is GRANTED. The deadline for Defendants Edith Gonzalez Guardado, Erika Gonzalez, Octavio Gonzalez, and Amado Gonzalez, Jr. to file a response to the complaint is extended to **May 1, 2023.**

IT IS SO ORDERED.

Dated:   **March 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE