# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA GLORIBEL VIDES GUARDADO, doing business as MARISCOS EL PATRON MEXICAN FOOD, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00329-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 20) |

　　　A scheduling order for this matter issued on June 22, 2023. (ECF No. 18.) The deadline to amend the pleadings expired on July 10, 2023; the pretrial conference is set for November 1, 2024; a bench trial is currently set before Magistrate Judge Stanley A. Boone for January 14, 2025. (Id.)

　　　On July 12, 2023, the parties filed a joint stipulation to modify the scheduling order to extend the deadline to amend the pleadings, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 20.) The parties seek to extend the deadline to amend the pleadings to September 7, 2023. The parties proffer Plaintiff noticed an inspection to take place on June 28, 2023, but stayed this inspection to engage in settlement discussions, while Defendants instead provided a survey report for the subject facility for purposes of settlement discussions.

Because the inspection was stayed pending the parties' settlement discussions, and any amendment of the complaint would be contingent on the inspection and/or the conclusion of settlement discussions, the parties proffer good cause exists for the requested extension. The Court finds the parties have made a sufficient showing of diligence and good cause under Federal Rule of Civil Procedure 16 and shall grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 20) is GRANTED and the scheduling order is modified as follows:

1. The deadline to seek leave to amend the pleadings is extended to **September 7, 2023**, in order to allow the continued settlement discussions by the parties; and

2. All remaining deadlines set forth in the scheduling order (ECF No. 18) shall remain unaltered.

IT IS SO ORDERED.

Dated:   **July 12, 2023**

UNITED STATES MAGISTRATE JUDGE